```
                         United States Bankruptcy Court
                          Northern District of Indiana
In re:                                                         Case No. 19-23111-jra
Lolita K Barksdale                                             Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0755-2         User: admin               Page 1 of 1            Date Rcvd: Jan 02, 2020
                             Form ID: pdf004           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: steelersbig150@yahoo.com Jan 03 2020 03:44:03      Lolita K Barksdale,
               6634 Howard Ave.,   Front,   Hammond, In 46324-1306
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Daniel L. Freeland    dlf9601t@aol.com,   dfreeland@ecf.axosfs.com
              Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
                                                                                             TOTAL: 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
LOLITA K BARKSDALE ) CASE NO.: 19-23111
) <u>CHAPTER 7 BANKRUPTCY</u>
)
Debtor(s) )

ORDER

This cause, having come to be heard on the Motion of Daniel L. Freeland, Trustee, for Extension of Time to file Objection to Discharge pursuant to Fed.R.Bk.P.4004, all as contained in said Motion;

And the Court, being duly advised in the premises, and finding that no Objections were filed thereto, after notice and opportunity for a hearing;

IT IS THEREFORE ORDERED that the Trustee is granted an extension of time to file a Complaint to Withhold Discharge until May 15, 2020, or until such time as the Trustee files a Report of No Distribution in the above case.

IT IS FURTHER ORDERED that, upon cause shown by the Debtor, the Court may enter the Discharge prior to May 15, 2020.

SO ORDERED this 30th day of December, 2019.

_____
JUDGE, U.S. BANKRUPTCY COURT

DISTRIBUTION:
U.S. TRUSTEE
Daniel L. Freeland
Pro Se
LOLITA K BARKSDALE, 6634 HOWARD AVE., FRONT, HAMMOND, IN 46324